UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Sana Mujahid** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-08012 |
| ) | |
| ) | |
| **Newity, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Jamie L. White, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to NEWITY, LLC in Sangamon County, IL on July 17, 2025 at 11:51 am at 2501 Chatham Road, ste n, Springfield, IL 62704 by leaving the following documents with Terri Allen who as Intake Specialist is authorized by appointment or by law to receive service of process for NEWITY, LLC.

Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet

Additional Description:
Photo taken.

White Female, est. age 35-44, glasses: Y, Multi hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.77117,-89.6873466667
Photograph: See Exhibit 1


Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Macon County, IL on 7/18/2025.

/s/ *Jamie L. White*

Signature
Jamie L. White
+1 (217) 801-3585
Proof Illinois LLC
No. 117.001863



Exhibit 1a)