**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sana Mujahid
v.
NEWITY LLC

Case Number: 2025-cv-08012

An appearance is hereby filed by the undersigned as attorney for:

NEWITY LLC

Attorney name (type or print): Joshua J. Cauhorn

Firm: Burke Warren MacKay & Serritella, P.C.

Street address: 330 N. Wabash Ave., Suite 2100

City/State/Zip: Chicago IL, 60611

Bar ID Number: 6320421
(See item 3 in instructions)

Telephone Number: 312-840-7000

Email Address: jcauhorn@burkelaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 7, 2025

Attorney signature: S/ Joshua J. Cauhorn
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023