**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEWITY, LLC,<br><br>Defendant. | Case No. 1:25-cv-08012<br><br>Judge: Hon. Jorge L. Alonso |

**NOTICE OF UNOPPOSED MOTION FOR EXTENSION**

**(EXPEDITED RULING REQUESTED)**

**PLEASE TAKE NOTICE** that, on August 12, 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Newity LLC ("Defendant") will appear before Honorable Jorge L. Alonso, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1903 of the Everett McKinley Dirksen Building, Chicago, Illinois and present Defendant's **Unopposed Motion for Extension of Time to Respond to Complaint**, a copy of which was previously and separately served upon you through the Court's electronic filing system. Because this is an unopposed motion, and given the deadline sought to be extended is as of the date of this filing, Defendant respectfully requests an expedited ruling.

**[SIGNATURE FOLLOWS]**

Dated: August 7, 2025

Respectfully submitted,

**NEWITY LLC**

By: /s/ *Joshua J. Cauhorn*
One of Its Attorneys

Joshua J. Cauhorn (jcauhorn@burkelaw.com)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
T: 312-840-7000
F: 312-840-9000

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, the foregoing **Unopposed Motion for Extension of Time to Respond to Complaint** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *Joshua J. Cauhorn*