IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated, | Case No. 1:25-cv-08012 |
| Plaintiff, | Judge: Hon. Jorge L. Alonso |
| v. | |
| NEWITY, LLC, | |
| Defendant. | |

## DEFENDANT NEWITY LLC'S FRCP 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant NEWITY LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, makes the following disclosure and notification as to affiliates.

1. Pursuant to Fed. R. Civ. P. 7.1(a)(1), NEWITY states that it is not owned by any parent corporation and that there is no publicly held corporation that owns 10% or more of NEWITY.

2. Pursuant to N.D. Ill. L.R. 3.2, NEWITY states that it is wholly owned by Find Out Ventures LLC. The following entities own more than 5% of Find Out Ventures LLC: (1) Alimentari Holdings III, LLC; and (2) Roundstone I LLC. Alimentari Holdings III, LLC has two members: Luke LaHaie and Kathleen LaHaie. Roundstone I LLC has one member: David Cody.

Dated: August 7, 2025                    Respectfully submitted,

                                          **NEWITY LLC**


                               By:  /s/ *Joshua J. Cauhorn*
                                        One of Its Attorneys


Joshua J. Cauhorn (jcauhorn@burkelaw.com)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
T: 312-840-7000
F: 312-840-9000

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on August 7, 2025, the foregoing **Defendant Newity LLC's FRCP 7.1 and Local Rule 3.2 Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

                                                                  /s/ *Joshua J. Cauhorn*