# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sana Mujahid

                Plaintiff,

v.                                         Case No.: 1:25−cv−08012
                                                     Honorable Jorge L. Alonso

Newity, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's unopposed motion [7] for an extension of time to answer, move, or otherwise respond is granted. Defendant may answer, move, or otherwise respond to the complaint by 9/8/25. Hearing set for 8/12/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.