IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEWITY, LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-08012<br><br>Judge: Hon. Jorge L. Alonso |

## APPEARANCE FOR A. PAUL HEERINGA FOR DEFENDANT

The undersigned counsel hereby respectfully submits his appearance on behalf of the Defendant, Newity, LLC, in the above-captioned matter.

Dated: August 11, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**MANATT, PHELPS & PHILLIPS, LLP**

　　　　　　　　　　　　　　　　　By: */s/ A. Paul Heeringa*

　　　　　　　　　　　　　　　　　A. Paul Heeringa (IL ARDC # 6288233)
　　　　　　　　　　　　　　　　　Email: pheeringa@manatt.com
　　　　　　　　　　　　　　　　　151 N. Franklin Street, Suite 2600
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Telephone: (312) 529-6308

　　　　　　　　　　　　　　　　　*Counsel for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *A. Paul Heeringa*