IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>NEWITY LLC,<br><br>            Defendant. | Case No. 1:25-cv-08012<br><br>Judge: Hon. Jorge L. Alonso |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE
## OF ATTORNEY JOSHUA J. CAUHORN

Pursuant to Local Rule 83.17, Defendant NEWITY LLC respectfully requests that this Court grant it leave for Joshua J. Cauhorn ("Cauhorn"), one of its attorneys, to withdraw his appearance on behalf of NEWITY LLC. Counsel for Plaintiff has indicated that they do not oppose the relief sought in this motion. In support thereof, Attorney Cauhorn states as follows:

1. Attorney Cauhorn appeared on behalf of NEWITY LLC on August 7, 2025. [ECF 6.]

2. Attorney Cauhorn appeared on behalf of NEWITY LLC while NEWITY LLC worked to retain Aaron Paul Heeringa of Manatt, Phelps & Phillips, LLP.

3. Consequently, Attorney Cauhorn is not lead counsel for NEWITY LLC. [ECF 6.]

4. On August 11, 2025, Attorney Heeringa filed his appearance on behalf of NEWITY LLC. [ECF 11.]

5. Thus, the withdrawal of Attorney Cauhorn's appearance will not in any way prejudice NEWITY LLC, nor will it impact the progress of this litigation. NEWITY LLC has no objection to Attorney Cauhorn's withdrawal.

6. On August 18, 2025, Attorney Cauhorn conferred with counsel for Plaintiff, Anthony Paronich, who indicated that Plaintiff does not oppose the relief sought in this motion.

7. Following Attorney Cauhorn's withdrawal as NEWITY LLC's attorney, Attorney Heeringa, who has already appeared before this Court and has been actively engaged in this litigation, will take over representing NEWITY LLC.

8. Accordingly, Attorney Cauhorn respectfully requests the Court to grant him leave to withdraw his appearance on behalf of NEWITY LLC in this case.

WHEREFORE, Defendant NEWITY LLC respectfully requests that this Court allow Joshua J. Cauhorn to withdraw his appearance in this matter.

Dated: August 21, 2025

Respectfully submitted,

**NEWITY LLC,** *Defendant*

By: ____/s/ Joshua J. Cauhorn_____
       One of Its Attorneys

Joshua J. Cauhorn (jcauhorn@burkelaw.com)
ARDC No. 6320421
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, Suite 2100
Chicago, IL 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900