**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>NEWITY, LLC,<br><br>          Defendant. | Case No.  1:25-cv-08012<br><br>Judge:  Hon. Jorge L. Alonso |

**NOTICE OF UNOPPOSED MOTION TO WITHDRAW APPEARANCE
OF ATTORNEY JOSHUA J. CAUHORN**

**PLEASE TAKE NOTICE** that, on September 3, 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Newity LLC ("Defendant") will appear before Honorable Jorge L. Alonso, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1903 of the Everett McKinley Dirksen Building, Chicago, Illinois and present Defendant's **Unopposed Motion to Withdraw Appearance of Attorney Joshua J. Cauhorn**, a copy of which was previously and separately served upon you through the Court's electronic filing system.

**[SIGNATURE FOLLOWS]**

Dated: August 21, 2025

Respectfully submitted,

**NEWITY LLC**


By: /s/ *Joshua J. Cauhorn*
      One of Its Attorneys


Joshua J. Cauhorn (jcauhorn@burkelaw.com)
BURKE, WARREN, MACKAY & SERRITELLA,
P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
T: 312-840-7000
F: 312-840-7900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 21, 2025, the foregoing **Unopposed Motion to Withdraw Appearance of Attorney Joshua J. Cauhorn** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

<i>/s/ Joshua J. Cauhorn</i>