IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>NEWITY LLC,<br><br>    Defendant. | Case No. 1:25-cv-08012<br><br>Judge: Hon. Jorge L. Alonso |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on **September 18, 2025 at 9:30 a.m. CT**, or as soon thereafter as counsel may be heard, counsel for Defendant Newity LLC ("Defendant") will appear before the Hon. Jorge L. Alonson, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1903 of the Everett McKinley Dirksen Building, Chicago, Illinois, and present "**Defendant's Motion to Dismiss Plaintiff's Complaint**," a copy of which was separately served upon you (along with a supporting memorandum of law) through the Court's electronic filing system. Per the Court's procedures, a proposed order will be submitted to Chambers.

Defendant further advises that, on September 8, 2025, its counsel conferred with counsel for Plaintiff, Anthony Paronich, via email about a briefing schedule on the Motion. If the Court approves same, the parties have agreed to a 28/14-day briefing schedule on the Motion—*i.e.,* that Plaintiff's opposition to the Motion would be due 28 days from today (October 6, 2025), and Defendant's reply in support would be due 14 days thereafter (October 20, 2025). As such, Defendant respectfully requests that the Court enter such a briefing schedule, or any other briefing schedule the Court determines is appropriate, and dispense with the noticed presentment hearing.

Dated: September 8, 2025					Respectfully submitted,


						By:  /s/ A. Paul Heeringa

						A. Paul Heeringa (IL ARDC #6288233)
						**MANATT, PHELPS & PHILLIPS, LLP**
						151 N. Franklin St., Suite 2600
						Chicago, Illinois  60606
						Telephone: (312) 529-6300
						Email: pheeringa@manatt.com

						*Counsel for Defendant*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, September 8, 2025, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.


						*/s/ A. Paul Heeringa*