UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Sana Mujahid
                    Plaintiff,
v.                                             Case No.: 1:25−cv−08012
                                               Honorable Jorge L. Alonso
Newity, LLC
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant moves [22] to dismiss. Plaintiff shall respond by 10/20/25. Defendant shall reply by 10/30/25. The Court will rule electronically. Presentment set for 10/9/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.