# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Sana Mujahid
                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−08012
　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

Newity, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Unopposed Motion for leave to file oversized brief [26] is granted. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.