**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Sana Mujahid

                Plaintiff,

v.                                              Case No.: 1:25−cv−08012

                                                     Honorable Jorge L. Alonso

Newity, LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 16, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the joint status report [28]. Defendant has moved [22] to dismiss, and Defendant's position is that discovery should be stayed pending a ruling on the motion to dismiss. Plaintiff's position is that discovery should proceed. The motion to dismiss will be fully briefed by 10/30/25. Discovery is stayed pending briefing. Once the motion to dismiss is fully briefed, the Court will determine whether to stay the case pending resolution of the motion to dismiss. Status hearing set for 10/21/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.