IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANA MUJAHID, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEWITY LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-08012<br><br>Judge: Hon. Jorge L. Alonso |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on **December 2, 2025 at 9:30 a.m. CT**, or as soon thereafter as counsel may be heard, counsel for Defendant Newity LLC ("Defendant") will appear before the Hon. Jorge L. Alonso, or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1903 of the Everett McKinley Dirksen Building, Chicago, Illinois, and present "**Defendant's Motion To Stay Proceeding Pending Appeal Or, Alternatively, Certify The Court's Order Dated November 10, 2025 For Interlocutory Appeal**," a copy of which was separately served upon you (along with a supporting memorandum of law) through the Court's electronic filing system.

Dated: November 17, 2025                    Respectfully submitted,


                                              By:  /s/ A. Paul Heeringa

                                              A. Paul Heeringa (IL ARDC #6288233)
                                              **MANATT, PHELPS & PHILLIPS, LLP**
                                              151 N. Franklin St., Suite 2600
                                              Chicago, Illinois  60606
                                              Telephone: (312) 529-6300
                                              Email: pheeringa@manatt.com

                                              *Counsel for Defendant*


## CERTIFICATE OF SERVICE


      The undersigned hereby certifies that on, November 17, 2025, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.


                                                                */s/ A. Paul Heeringa*