**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Sana Mujahid
                      Plaintiff,

v.                                               Case No.: 1:25−cv−08012
                                                         Honorable Jorge L. Alonso

Newity, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Defendant's Motion to stay proceeding pending appeal or, alternatively, certify the Court's order dated November 10, 2025 for interlocutory appeal [33] is granted. Telephonic status hearing set for 3/4/26 at 9:30 a.m. Within a week of hearing from the 7th Circuit in the Jones case, the parties are directed to file a joint status report apprising the Court of the next steps in the case. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.