**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sana Mujahid
                Plaintiff,
v.                                                  Case No.: 1:25−cv−08012
                                                             Honorable Jorge L. Alonso
Newity, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 26, 2026:

    MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing set for 3/4/26 is stricken. The parties are reminded to file a joint status report within a week of the 7th Circuit's opinion in the Jones case. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.