**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SANA MUJAHID, *on behalf of herself and others similarly situated,* | ) ) ) ) | Civil Action No.: 25-cv-8012 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| NEWITY, LLC, | ) ) | Honorable Jorge L. Alonso |
| Defendant. | ) ) ) ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: July 17, 2026

Respectfully Submitted,

 /s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
*Attorneys for Plaintiff*

/s/ *A. Paul Heeringa*
A. Paul Heeringa (IL Bar # 6288233)
**Manatt, Phelps & Phillips, LLP**
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*